IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Martin A. Brunswick Jr. | § | CASE NO. 20-12136-ABA |
| Aileen L. Brunswick | § | |
|    Debtors | § | |
| | § | CHAPTER NO. 13 |
| | § | |
| | § | |

**REQUEST FOR NOTICE PURSUANT TO**
**BANKRUPTCY RULES 2002 AND 9010**

Please take notice that Advancial Federal Credit Union hereby gives notice pursuant to Bankruptcy Rules 2002 and 9010 that the law firm of J. Ward Holliday & Associates, P.C. requests that it be sent copies of all:

1. Notices given or required to be given in the case; and

2. Pleadings and correspondence served or required to be served in this case, regarding

Advancial Federal Credit Union, Case Number - 20-12136-ABA should be directed to the law firm of J. Ward Holliday & Associates, P.C. at the following address:

**J. Ward Holliday & Associates, P.C.**
**501 Elm Street, Suite 200, LB13**
**Dallas, Texas 75202**
Re: Advancial Federal Credit Union
JWH&A File No.: 107747

This request encompasses all notices, copies, and pleadings referred to in Rules 2002, 9007, and 9010 of the Bankruptcy Rules, including, without limitation, notices of any Orders, Motions, Demands, Complaints, Petitions, Pleadings, Requests, Applications, Schedules, Statements, Plans, and any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, facsimiles transmission, e-mail, or otherwise which effects or seeks to effect the above case.

Respectfully submitted,

/s/ J. Ward Holliday
J. Ward Holliday
J. Ward Holliday & Associates, P.C.
501 Elm Street, Suite 200, LB13
Dallas, Texas 75202
Phone: (214)747-2727

## CERTIFICATE OF SERVICE

      I, the undersigned, do hereby certify that a true and correct copy of the above and foregoing Request for Notice was forwarded to all parties of interest as listed below or attached hereto via First Class U.S. Mail; postage prepaid on this the 2nd day of March, 2020.

**Debtors' Attorney**
Rex J. Roldan
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, New Jersey 08012

**Trustee**
Isabel C. Balboa
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, New Jersey 08002

**U.S. Trustee**
Office of the U.S. Trustee
One Newark Center, Suite 2100
Newark, New Jersey 07102

/s/ J. Ward Holliday
J. Ward Holliday