Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.:  20−12136−ABA
                Chapter:  13
                Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Martin A. Brunswick Jr. | Aileen L. Brunswick |
| 6 Greenbriar Court | aka Aileen L. Palaganas |
| Mullica Hill, NJ 08062 | 6 Greenbriar Court |
| | Mullica Hill, NJ 08062 |

Social Security No.:
  xxx−xx−2473                                   xxx−xx−8012

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 25, 2021.

Dated: February 25, 2021
JAN: cmf

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re: | Case No. 20-12136-ABA
Martin A. Brunswick, Jr. | Chapter 13
Aileen L. Brunswick
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3
Date Rcvd: Feb 25, 2021      Form ID: plncf13      Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Martin A. Brunswick, Jr., Aileen L. Brunswick, 6 Greenbriar Court, Mullica Hill, NJ 08062-4634 |
| 518747055 | + | Advancial Federal Credit Union, Attn J. Ward Holliday & Associates, P.C., 501 Elm Street, Suite 200, LB13, Dallas, Texas 75202-3303 |
| 518703167 | | Card Services, PO Box 8802, Wilmington, DE 19899-8802 |
| 518791302 | + | Greensky, LLC, 1797 Northeast Expressway, Suite 100, Atlanta, GA 30329-2451 |
| 518752138 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518703171 | #+ | KML Law Group, PC, 216 Haddon Ave Ste 406, Collingswood, NJ 08108-2812 |
| 518703172 | + | New Jersey Attorney General Office, Division of Law, Richard J. Hughes Complex, 25 Market Street, PO Box 112, Trenton, NJ 08625-0112 |
| 518795964 | + | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 518703174 | + | Pennymac Loan Services, PO Box 514387, Los Angeles, CA 90051-4387 |
| 518703176 | + | Regions Bank/Greensky, 1797 N. East Expressway NE, Brookhaven, GA 30329-7803 |
| 518703173 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, New Jersey Division of Taxation, Compliance & Enforcement - Bkrptcy Unit, 50 Barrack Street, 9th Floor, PO Box 245, Trenton, NJ 08695 |
| 518703178 | + | TD Bank, N.A., Operations Center, PO Box 218, Lewiston, ME 04243-0218 |
| 518734117 | + | TD Bank, N.A., c/o Schiller Knapp Lefkowitz, & Hertzel LLP, 950 New Loudon Road, Latham New York 12110-2190 |
| 518747056 | + | TD Bank, NA, Attn Janelly Landa, Esq., 30 Montgomery Street, Suite 1205, Jersey City, NJ 07302-3835 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 25 2021 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 25 2021 20:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 25 2021 20:42:00 | United States of America (Internal Revenue Service, U.S. Attorney's Office, 970 Broad Street, Suite 700, Newark, NJ 07102-2535 |
| 518703165 | + | Email/Text: bankruptcy@advancial.org | Feb 25 2021 20:43:00 | Advancial Federal Credit Union, 1845 Woodall Rogers Freeway, Dallas, TX 75201-2260 |
| 518746154 | + | Email/Text: bankruptcy@advancial.org | Feb 25 2021 20:43:00 | Advancial Federal Credit Union, 1845 Woodall Rodgers Frwy, Suite 1300, Dallas, Texas 75201-2260 |
| 518703166 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 25 2021 21:48:04 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518757496 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 25 2021 21:48:16 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

Case 20-12136-ABA   Doc 27   Filed 02/27/21   Entered 02/28/21 00:19:31   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 25, 2021 | Form ID: plncf13 | Total Noticed: 30 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518703169 | | Email/Text: bk.notifications@jpmchase.com | Feb 25 2021 20:42:00 | Chase Auto Finance, PO Box 901003, Fort Worth, TX 76101-2003 |
| 518804205 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 25 2021 20:43:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518703168 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 25 2021 21:47:24 | Cardmember Service, PO Box 15298, Wilmington, DE 19850-5298 |
| 518749877 | | Email/Text: bk.notifications@jpmchase.com | Feb 25 2021 20:42:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 518807594 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 25 2021 21:48:09 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 518803585 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 25 2021 20:43:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 518703175 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 25 2021 20:43:00 | Quicken Loans, Inc., 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 518703177 | | Email/PDF: gecsedi@recoverycorp.com | Feb 25 2021 21:48:01 | Synchrony Bank, ATTN: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 518704713 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 25 2021 21:48:01 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518703170 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518744177 | *+ | TD Bank, N.A., c/o Schiller Knapp Lefkowitz, & Hertzel LLP, 950 New Loudon Road, Latham New York 12110-2190 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 27, 2021                           Signature:       /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Eamonn O'Hagan | on behalf of Creditor United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 25, 2021 | Form ID: plncf13 | Total Noticed: 30 |

Isabel C. Balboa
    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Rex J. Roldan
    on behalf of Debtor Martin A. Brunswick  Jr. roldanlaw@comcast.net, roldanlaw1@gmail.com

Rex J. Roldan
    on behalf of Joint Debtor Aileen L. Brunswick roldanlaw@comcast.net  roldanlaw1@gmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William M. E. Powers, III
    on behalf of Creditor PennyMac Loan Services  LLC ecf@powerskirn.com

William M.E. Powers, III
    on behalf of Creditor PennyMac Loan Services  LLC ecf@powerskirn.com

TOTAL: 9