UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Attorney at Law
Warren S. Jones (Bar No. 16294)
1 Trinity Lane
Mt. Holly, New Jersey 08060
Phone: (609)261-8400
Fax: (609)261-5252

Order Filed on March 28, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Martin A. Brunswick Jr.
Aileen L. Brunswick
Debtors

| | |
|---|---|
| Case No.: | 20-12136-ABA |
| Judge: | Andrew B. Altenburg, Jr. |
| Hearing Date(s): | |
| Chapter: | 13 |

Recommended Local Form        ☐ Followed        ☐ Modified

## ORDER RESOLVING MOTION TO VACATE STAY
## AND/OR MOTION TO DISMISS
## WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through four (4), is **ORDERED**.

**DATED: March 28, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Applicant:                           Advancial Federal Credit Union

Applicant's Counsel:           Warren S. Jones

Debtor's Counsel:              Rex J. Roldan

Property Involved ("Collateral"):   2015 Jeep Wrangler Rubicon

Relief sought:       ☒  Motion for relief from the automatic stay

                   ☐  Motion to dismiss

                   ☐  Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1.     Status of post-petition arrearages:

     ☐  The Debtor is overdue for _____ months, from _____ to _____.

     ☐  The Debtor is overdue for _____ payments at $_____ per month.

     ☐  The Debtor is assessed for _____ late charges at $_____ per month.

     ☐  Applicant acknowledges receipt of funds in the amount of $_____ received after the motion was filed.

     Total Arrearages Due  $_____.

2.     Debtor must cure all post-petition arrearages, as follows:

     ☐  Immediate payment shall be made in the amount of $_____.  Payment shall be made no later than _____.

     ☒  Beginning on __March 17, 2022__, regular monthly mortgage payments shall continue to be made in the amount of $__1,276.59__.

     ☐  Beginning on _____, additional monthly cure payments shall be made in the amount of $_____ for _____ months.

❐   The amount of $_____ shall be capitalized in the debtor's Chapter 13 plan.   The debtor's monthly payment to the Chapter 13 Trustee is modified to be $_____ per month.

3.     Payments to the Secured Creditor shall be made to the following address(es):

❐   Immediate payment:            _____

                                 _____

                                 _____

☒   Regular monthly payment:     1845 Woodall Rodgers Frwy_____

                                 Suite 1300_____

                                 Dallas, Texas 75201_____

❐   Monthly cure payment:        _____

                                 _____

                                 _____

4.     In the event of Default:

☒   If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order.  At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

❐   If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5.      Award of Attorneys' Fees:

    ☒    The Applicant is awarded attorneys fees of $\underline{\hspace{1.5cm}350.00\hspace{1.5cm}}$, and costs of $\underline{\hspace{1.5cm}188.00\hspace{1.5cm}}$.

        The fees and costs are payable:

        ❐    through the Chapter 13 plan.

        ❐    to the Secured Creditor within $\underline{\hspace{1.5cm}30\hspace{1.5cm}}$ days.

    ❐    Attorneys' fees are not awarded.

*rev.1/12/22*