Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 20–12136–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Martin A. Brunswick Jr.
6 Greenbriar Court
Mullica Hill, NJ 08062

Aileen L. Brunswick
aka Aileen L. Palaganas
6 Greenbriar Court
Mullica Hill, NJ 08062

Social Security No.:
xxx–xx–2473                                xxx–xx–8012

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:           June 28, 2022
Time:           10:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*34* – Certification in Opposition to (related document:33 Creditor's Certification of Default (related document:31 Order on Motion For Relief From Stay) filed by Warren S. Jones Jr. on behalf of Advancial Federal Credit Union. Objection deadline is 06/2/2022. (Attachments: # 1 Certificate of Service # 2 Proposed Order) filed by Creditor Advancial Federal Credit Union) filed by Rex J. Roldan on behalf of Aileen L. Brunswick, Martin A. Brunswick Jr.. (Attachments: # 1 Exhibit Order Resolving Motion to Vacate Stay) (Roldan, Rex)

and transact such other business as may properly come before the meeting.

Dated: June 3, 2022
JAN: eag

Jeanne Naughton
Clerk