Form 173 − hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 20−12136−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Martin A. Brunswick Jr.　　　　　　　　　　　　Aileen L. Brunswick
6 Greenbriar Court　　　　　　　　　　　　　　aka Aileen L. Palaganas
Mullica Hill, NJ 08062　　　　　　　　　　　　6 Greenbriar Court
　　　　　　　　　　　　　　　　　　　　　　　Mullica Hill, NJ 08062

Social Security No.:
　xxx−xx−2473　　　　　　　　　　　　　　　xxx−xx−8012

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:　　　　　　June 28, 2022
Time:　　　　　　10:00 AM
Location:　　　　Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

**34** − Certification in Opposition to (related document:33 Creditor's Certification of Default (related document:31 Order on Motion For Relief From Stay) filed by Warren S. Jones Jr. on behalf of Advancial Federal Credit Union. Objection deadline is 06/2/2022. (Attachments: # 1 Certificate of Service # 2 Proposed Order) filed by Creditor Advancial Federal Credit Union) filed by Rex J. Roldan on behalf of Aileen L. Brunswick, Martin A. Brunswick Jr.. (Attachments: # 1 Exhibit Order Resolving Motion to Vacate Stay) (Roldan, Rex)

and transact such other business as may properly come before the meeting.


Dated: June 3, 2022
JAN: eag

　　　　　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　　　　　Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-12136-ABA |
| Martin A. Brunswick, Jr. | Chapter 13 |
| Aileen L. Brunswick | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 03, 2022 | Form ID: 173 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Martin A. Brunswick, Jr., Aileen L. Brunswick, 6 Greenbriar Court, Mullica Hill, NJ 08062-4634 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jun 05, 2022 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | |
| | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Eamonn O'Hagan | |
| | on behalf of Creditor United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov |
| Isabel C. Balboa | |
| | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | |
| | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Rex J. Roldan | |
| | on behalf of Debtor Martin A. Brunswick  Jr. roldanlaw@comcast.net, roldanlaw1@gmail.com |
| Rex J. Roldan | |
| | on behalf of Joint Debtor Aileen L. Brunswick roldanlaw@comcast.net  roldanlaw1@gmail.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 03, 2022 | Form ID: 173 | Total Noticed: 1 |

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

Warren S. Jones, Jr.
on behalf of Creditor Advancial Federal Credit Union email@warrensjones.com
r46134@notify.bestcase.com;robert@warrensjones.com

William M. E. Powers, III
on behalf of Creditor PennyMac Loan Services  LLC ecf@powerskirn.com

William M.E. Powers, III
on behalf of Creditor PennyMac Loan Services  LLC ecf@powerskirn.com

TOTAL: 10