| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Rex J. Roldan, Esquire (Attorney ID#: 017621993)<br>Washington Professional Campus<br>900 Route 168, Suite I-4<br>Turnersville, New Jersey 08012<br>(856) 232-1425   Fax (856) 232-1025<br>Attorney for Debtors | **Order Filed on July 6, 2022**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>MARTIN A. BRUNSWICK, JR. and AILEEN L. BRUNSWICK | Case No.:    20-12136 (ABA)<br><br>Chapter:    13<br><br>Hearing Date: June 28, 2022<br><br>Judge:    Andrew B. Altenburg, Jr. |

## ORDER DENYING STAY RELIEF

The relief set forth on the following pages, numbered two (2) through two (2), is hereby **ORDERED**.

**DATED: July 6, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**THIS MATTER** having been brought before the Court on Certification of Default by creditor, Advancial Federal Credit Union, and debtors, Martin A. Brunswick, Jr. and Aileen L. Brunswick, having filed opposition to said Certification, and Rex J. Roldan, Esquire, counsel for debtors, having appeared for argument on June 28, 2022, and no one appearing for creditor, and the Court having reviewed the matter, and good cause having been shown;

**IT IS,** on this _____ day of _____, 2022, **ORDERED** as follows:

1. The request of creditor, Advancial Federal Credit Union, for an Order vacating the automatic stay so as to allow it to exercise its rights in and to the 2015 Jeep Wrangler Rubicon be and is hereby **DENIED;** and

2. The attorney's fees and costs in the total amount of $538.00 to be paid by debtors pursuant to the March 28, 2022 Order Resolving Motion to Vacate Stay and/or Motion to Dismiss with Conditions shall be treated as an administrative claim to be paid by the debtors through the Chapter 13 Trustee in the normal course.