| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| Rex J. Roldan, Esquire (Attorney ID#: 017621993)<br>Washington Professional Campus<br>900 Route 168, Suite I-4<br>Turnersville, New Jersey 08012<br>(856) 232-1425   Fax (856) 232-1025<br>Attorney for Debtors |

**Order Filed on July 6, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In Re: | Case No.: | 20-12136 (ABA) |
|---|---|---|
| MARTIN A. BRUNSWICK, JR. and AILEEN L. BRUNSWICK | Chapter: | 13 |
| | Hearing Date: | June 28, 2022 |
| | Judge: | Andrew B. Altenburg, Jr. |

### ORDER DENYING STAY RELIEF

The relief set forth on the following pages, numbered two (2) through two (2), is hereby **ORDERED**.

**DATED:** July 6, 2022

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**THIS MATTER** having been brought before the Court on Certification of Default by creditor, Advancial Federal Credit Union, and debtors, Martin A. Brunswick, Jr. and Aileen L. Brunswick, having filed opposition to said Certification, and Rex J. Roldan, Esquire, counsel for debtors, having appeared for argument on June 28, 2022, and no one appearing for creditor, and the Court having reviewed the matter, and good cause having been shown;

**IT IS,** on this _____ day of _____, 2022, **ORDERED** as follows:

1. The request of creditor, Advancial Federal Credit Union, for an Order vacating the automatic stay so as to allow it to exercise its rights in and to the 2015 Jeep Wrangler Rubicon be and is hereby **DENIED;** and

2. The attorney's fees and costs in the total amount of $538.00 to be paid by debtors pursuant to the March 28, 2022 Order Resolving Motion to Vacate Stay and/or Motion to Dismiss with Conditions shall be treated as an administrative claim to be paid by the debtors through the Chapter 13 Trustee in the normal course.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-12136-ABA |
| Martin A. Brunswick, Jr. | Chapter 13 |
| Aileen L. Brunswick | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 06, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Martin A. Brunswick, Jr., Aileen L. Brunswick, 6 Greenbriar Court, Mullica Hill, NJ 08062-4634 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2022                  Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Eamonn O'Hagan | on behalf of Creditor United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Rex J. Roldan | on behalf of Debtor Martin A. Brunswick  Jr. roldanlaw@comcast.net, roldanlaw1@gmail.com |
| Rex J. Roldan | on behalf of Joint Debtor Aileen L. Brunswick roldanlaw@comcast.net  roldanlaw1@gmail.com |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Jul 06, 2022 | Form ID: pdf903 | Total Noticed: 1

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Warren S. Jones, Jr.
    on behalf of Creditor Advancial Federal Credit Union email@warrensjones.com
    r46134@notify.bestcase.com;robert@warrensjones.com

William M. E. Powers, III
    on behalf of Creditor PennyMac Loan Services  LLC ecf@powerskirn.com

William M.E. Powers, III
    on behalf of Creditor PennyMac Loan Services  LLC ecf@powerskirn.com

TOTAL: 10