Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 20–12136–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Martin A. Brunswick Jr. | Aileen L. Brunswick |
| 6 Greenbriar Court | aka Aileen L. Palaganas |
| Mullica Hill, NJ 08062 | 6 Greenbriar Court |
| | Mullica Hill, NJ 08062 |

Social Security No.:
 xxx–xx–2473                                   xxx–xx–8012

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>May 13, 2025</u>          <u>Andrew B. Altenburg Jr.</u>
                                    Judge, United States Bankruptcy Court